# EASTERN DISTRICT OF LOUISIANA AT NEW ORLEANS, LOUISIANA

Mag. Number _11-155 MAG_ Complaint/Warrant from Other District

Defendant: _EVELYN A. HUBBARD_

Charge: _Interstate communication_

_18_ USC _875(c)_

U.S. Attorney: _Greg Kennedy_

Interpreter Needed?   Yes   No

Court Date and Time: _12/9/11 @ 2:00 p.m._

Before Magistrate Judge: _____

Location: Courtroom : # _____   New Orleans, Louisiana

Notify:  AUSA
PreTrial Services
Probation, if necessary
Defendant Counsel
U.S. Marshal
Magistrate Judge