UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 11-155 |
| EVELYN A. HUBBARD | * | SECTION: "MAG" |

**UNOPPOSED MOTION AND INCORPORATED MEMORANDUM
TO CONTINUE PRELIMINARY HEARING**

**NOW COMES** the defendant, Evelyn A. Hubbard, who, through undersigned counsel, respectfully moves this Honorable Court for an order granting a continuance of the preliminary hearing, which is presently set for December 29, 2011, at 2:00 P.M. It is requested that the preliminary hearing be continued for the following reasons:

1.

Undersigned counsel submits that additional time is necessary to engage in plea negotiations and therefore requests a continuance.

2.

The Government, through Assistant United States Attorney Gregory Kennedy, has been contacted and has no objection to this motion.

2

**WHEREFORE**, the defendant Evelyn A. Hubbard, respectfully requests that the preliminary hearing in this matter be continued.

Respectfully submitted this 14th day of December, 2011.

VIRGINIA LAUGHLIN SCHLUETER
Federal Public Defender


/s/Valerie Welz Jusselin
VALERIE WELZ JUSSELIN
Assistant Federal Public Defender
Hale Boggs Federal Building
500 Poydras Street, Suite 318
New Orleans, Louisiana 70130
Telephone: (504) 589-7930
Bar Roll No. 19825
Email: valerie_jusselin@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Gregory Kennedy, Assistant United States Attorney, 650 Poydras Street, 16th Floor, New Orleans, Louisiana 70130. I further certify that hand-delivered the foregoing document and the notice of electronic filing to the following non-CM/ECF participants: N/A

/s/Valerie Welz Jusselin
VALERIE WELZ JUSSELIN
Assistant Federal Public Defender