UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 11-155 |
| EVELYN A. HUBBARD | * | SECTION: "MAG" |

**O R D E R**

Considering the foregoing,

**IT IS ORDERED** that the preliminary hearing, presently set for December 29, 2011, is hereby continued until the 27th day of January, 2012 at 10:00 o'clock a.m.

New Orleans, Louisiana, this 16th day of December, 2011.

_____
UNITED STATES MAGISTRATE JUDGE