FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2012 JAN -6 AM 11: 34

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



### INDICTMENT FOR THREATENING INTERSTATE COMMUNICATIONS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 12-036 |
| v. | * | SECTION: SECT. J  MAG. 1 |
| EVELYN A. HUBBARD | * | VIOLATION: 18 U.S.C. § 875(c) |

\* \* \*

The Grand Jury charges that:

#### COUNT 1

On or about the 17th day of November, 2011, in the Eastern District of Louisiana, the defendant, **EVELYN A. HUBBARD,** knowingly and willfully did transmit in interstate commerce a communication to the Loyola University Police Department that contained a threat to injure the person of another, specifically, **EVELYN A. HUBBARD,** sent an email, stating:

> I HAVE A 9X19 MAMBA PISTOL WITH FIVE BULLETS IN IT FOR FIVE PROFESSORS IN MONROE HALL! I ADVISE THAT IF YOU DONT WANT ANYONE ELSE TO FEEL MY FUCKING RATH YOU BETTER HAVE THAT BUILDING CLEARED BY 9:33 AM TODAY! I HAVE NO SYMPATHY FOR ANY ACCIDENTAL CASUALTIES!!!!...........WITH NO HESITATION

___Fee __K SA___
___Process_____
_X_ Dktd _____
___ CtRmDep_____
___ Doc No._____

all in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL:

_____
FOREPERSON

_____
JIM LETTEN
United States Attorney
Louisiana Bar Roll No. 8517

_____
JAN MASELLI MANN
First Assistant U.S. Attorney
Chief, Criminal Division
Louisiana Bar Roll No. 9020

_____
GREGORY M. KENNEDY
Assistant United States Attorney
Louisiana Bar Roll No. 20896

New Orleans, Louisiana
January 6, 2012

No. _____

UNITED STATES DISTRICT COURT

__Eastern__ District of __Louisiana__

_____ Criminal __Division__

## THE UNITED STATES OF AMERICA

vs.

## EVELYN A. HUBBARD

## INDICTMENT

### INDICTMENT FOR THREATENING INTERSTATE COMMUNICATIONS

**VIOLATION:**   18 U.S.C. § 875(c)

*A true bill.*

_____Marlene L. Bonran_____
*Foreperson*

*Filed in open court this* _____ *day, of* _____ *A.D. 2007.*

_____
*Clerk*

*Bail, $* _____

_____
GREGORY M. KENNEDY
Assistant United States Attorney

FORM OBD-34