**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ INFORMATION  ☒ INDICTMENT

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☒ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT  EASTERN
DISTRICT OF  LOUISIANA  Divisional Office

Name and Office of Person Furnishing Information on THIS FORM
Laura Orth
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (504) 680-3000

Name of Asst. U.S. Attorney (if assigned)
Gregory M. Kennedy

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
FBI

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.
11-155 MAG

Place of offense  Orleans Parish  County

---

CASE NO.  12-036

USA vs.

Defendant:  Evelyn Hubbard

Address:  New Orleans, LA 70114

SECT. J  MAG. 1

☐ Interpreter Required  Dialect: _____

Birth Date  1990
☐ Male  ☒ Female
☐ Alien (if applicable)

Social Security Number  XXX-XX-

**DEFENDANT**

Issue:  ☐ Warrant  ☐ Summons

Location Status:
Arrest Date 12/9/2011  or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Writ Required
☒ Currently on bond
☐ Fugitive

Defense Counsel (if any):  Valerie W. Jusselin

☒ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

---

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 1  (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18 USC 875(c) | Threatening Interstate Communications | 1 |
| | | | |
| | | | |
| | | | |