**TO: DOCKET CLERK**

12-036
SECT. J  MAG. 1

**_X_ MAGISTRATE CASE NUMBER  11-155**

**MAG**

*for*

**NAME:  EVELYN A. HUBBARD**

**Initials:  DAS**

If you receive this note without any initials,

please return the entire packet to criminal desk.

Thank you