UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER: 12-036 |
| EVELYN A. HUBBARD | * | SECTION: "J" |

**UNOPPOSED MOTION AND INCORPORATED MEMORANDUM
TO CONTINUE TRIAL AND PRETRIAL CONFERENCE**

**NOW INTO COURT** comes defendant, Evelyn A. Hubbard, who through undersigned counsel, respectfully moves this Honorable Court for a continuance of the trial in this matter which is presently set for March 12, 2012, and the pretrial conference, which is currently set for February 16, 2012.  This request is made on the basis of the following:

1.

Evelyn A. Hubbard is charged in a one-count indictment for threatening interstate communications, a violation of Title 18, United States Code, Section 875(c).

2.

Title 18, United States Code, Sections 3161(c)(1) and (2) require that a trial commence not less than thirty nor more than seventy days from the defendant's appearance in court on the formal charges. Defendant, Evelyn A. Hubbard, was arraigned on the indictment on January 19, 2012. Thus, trial must ordinarily commence within seventy days, which calculates to be on or before March 29, 2012. The trial in this matter is currently set for March 12, 2012. This is the first trial setting.

3.

However, Title 18, United States Code, Section 3161(h)(7)(A) allows for the exclusion of time from speedy trial calculations for any delay caused by a continuance of the trial filed by a party or upon the Court's own motion. Specifically, Title 18, United States Code, Section 3161(h)(7)(A) provides, in pertinent part, that any period of delay resulting from a continuance granted on the basis of a court's findings that the ends of justice served by the granting of a continuance outweigh the best interest of the public and the defendant in a speedy trial shall be excluded in computing the time within which the trial must commence.

4.

The factors for consideration as to whether to grant a continuance and as to whether the time is excludable are listed in Title 18, United States Code, Section 3161(h)(7)(B). One such factor is whether denial of a continuance would deny counsel for

the defendant "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." Title 18, United States Code, Section 3161(h)(7)(B)(iv).

5.

Undersigned counsel submits that additional time is necessary to prepare for the trial proceedings.

6.

In view of the above considerations, the granting of this motion would be in the best interests of justice and would outweigh the interests of the public and the defendant in a speedy trial.

7.

The Government, through Assistant United States Attorney Greg Kennedy, has been contacted and has no objection to this motion.

8.

The defendant has been contacted and she has no objection to this request for a continuance.

**WHEREFORE**, for the reasons stated herein, defendant, Evelyn A. Hubbard, respectfully requests that the trial and pretrial conference in the captioned matter be continued.

Respectfully submitted this 9th day of February, 2012.

    VIRGINIA LAUGHLIN SCHLUETER
    Federal Public Defender


    /s/Valerie Welz Jusselin
    VALERIE WELZ JUSSELIN
    Assistant Federal Public Defender
    Hale Boggs Federal Building
    500 Poydras Street, Suite 318
    New Orleans, Louisiana 70130
    Telephone: (504) 589-7930
    Bar Roll No. 19825
    Email: valerie_jusselin@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2012 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Greg Kennedy, Assistant United States Attorney, 650 Poydras Street, 16th Floor, New Orleans, Louisiana 70130. I further certify that I hand delivered the foregoing document and the notice of electronic filing to the following non-CM/ECF participants: N/A

/s/Valerie Welz Jusselin
VALERIE WELZ JUSSELIN
Assistant Federal Public Defender