UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                       NO: 12-36

EVELYN A. HUBBARD                            SECTION: J(1)

### ORDER

Considering the foregoing unopposed **Motion to Continue Trial and Pretrial Conference (Rec. Doc. 18)**,

**IT IS ORDERED** that the Motion is **GRANTED.** The Court specifically finds that the ends of justice served by granting this motion outweigh the best interests of the Defendant and the public in a speedy trial, in that failure to grant a continuance would likely result in a miscarriage of justice. See 18 U.S.C. § 3161(h)(7). Accordingly,

**IT IS FURTHER ORDERED** that the jury trial for Defendant Evelyn Hubbard, presently set for Monday, March 12, 2012, at 8:30 a.m., is hereby **CONTINUED** to **Monday, June 4, 2012 at 8:30 a.m.** The pretrial conference, presently set for Thursday, February 16,

2012, at 2:30 p.m., is hereby **CONTINUED** to **Thursday, May 10, 2012 at 4:00 p.m.**

New Orleans, Louisiana, this 10th day of February, 2012.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE