UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 12-36 |
| EVELYN A. HUBBARD | SECTION: J(1) |

### ORDER

The Court hereby issues an Order amending its previous Order Granting Plaintiff's Motion to Continue Trial and Pretrial Conference **(Rec. Doc. 24)**, as an incorrect trial date was provided in the previous Order.  The Amended Order, which is attached, provides the correct trial date.

New Orleans, Louisiana, this 15th day of May, 2012.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE