UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER: 12-036 |
| EVELYN A. HUBBARD | * | SECTION: "J" |

<u>O R D E R</u>

Considering the foregoing:

**IT IS ORDERED** that the trial in the captioned matter presently set for July 9, 2012, is hereby continued until the 17th day of September, 2012, at 8:30 o'clock a.m. A final pretrial conference will be held on the 23rd day of August, 2012, at 4:30 o'clock p.m.

This motion is granted after explicitly finding that the ends of justice served by granting this motion outweigh the best interests of the public and the defendant in a speedy trial. This finding is made pursuant to Title 18, United States Code, Section 3161(h)(7)(A). It is specifically found that failure to grant such a continuance in the case, when taken as a whole, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, this motion is granted.

New Orleans, Louisiana this 6th day of July, 2012.

UNITED STATES DISTRICT JUDGE

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc. No. _____