UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 12-36 |
| v. | * | SECTION: "J" |
| EVELYN HUBBARD | * | |

\* \* \*

**MOTION AND INCORPORATED**
**MEMORANDUM TO DISMISS INDICTMENT**

**NOW INTO COURT** comes the United States of America, appearing herein by and through the undersigned Assistant United States Attorney, who respectfully moves this Court for leave to dismiss the indictment against the defendant.  This motion is made pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and is made for the following reason:

On January 6, 2012, a grand jury indicted Evelyn Hubbard for making threatening interstate communications in violation of Title 18, United States Code, Section 875(c).

On September 17, 2012, defendant began a one year term of pretrial diversion which she has now successfully completed.

For the foregoing reasons the interests of justice would best be served by dismissing the indictment without prejudice against defendant Evelyn Hubbard.

**WHEREFORE**, the government requests that this motion be granted allowing the government to dismiss the pending criminal indictment without prejudice against defendant Evelyn Hubbard.

                                                Respectfully Submitted,

                                                FRED P. HARPER, JR.
                                                FIRST ASSISTANT U.S. ATTORNEY

                                                s/Gregory M. Kennedy
                                                GREGORY M. KENNEDY
                                                Assistant United States Attorney
                                                Louisiana Bar Roll No. 20896
                                                650 Poydras Street, Suite 1600
                                                New Orleans, Louisiana  70130
                                                Telephone:  (504) 680-3102
                                                Greg.Kennedy@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

                                                s/Gregory M. Kennedy
                                                GREGORY M. KENNEDY
                                                Assistant United States Attorney