UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 12-36 |
| v. | * | SECTION: "J" |
| EVELYN HUBBARD | * | |

\* \* \*

**O R D E R**

Considering the foregoing Motion and Incorporated Memorandum of the United States to Dismiss Indictment;

**IT IS ORDERED** that the indictment against Evelyn Hubbard be and hereby is dismissed without prejudice.

New Orleans, Louisiana, this __20th__ day of September, 2013.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE